25-2000 Stephen minor at all versus Kerry Kent or argument 15 minutes per side. Mr. Ellison for the appellant Good morning. Good morning, Philip Ellison appearing on behalf of the appellants. I'm reserving three minutes for rebuttal. Okay. Thank you very much The issue the case that's before you today starts out in state back in the state administrative system where a state administrative court judge ruled that the state was wrong to deny the permits for the Appellants in this case and issued that a permit be issued rather than simply issue the permit consistent with the ALJ's final unappealed decision the the Defendant in this case, excuse me The defendant in this case decided to add a condition on to that permit application that was this a unique condition or one that? normally Came about with these kinds of easements Well as far as we can tell from my clients perspective This is not typical for them The state's taken the position that this is something they've added on to their various permits that they've done as a matter of practice But there's nothing in the statute and nothing in the ALJ's decision that authorizes this or imposes this condition This is but this is a they weren't just doing it to your client, correct? I would agree with that there has been other examples. I have been able to find of this We haven't got into how wide or how dispersed this is because we've not gotten to discovery given This was dismissed at 12 v6 Fighting It seems to me you almost have a victory even with a loss Why are you fighting the district courts construction of the indemnity clause as quite narrow? I mean the district courts instruct construction is essentially You are going to be liable for your own torts, which would be the background rules even without this thing So I'm not sure he's correct in that interpretation. I don't think it's but doesn't that Achieve the purposes for your client your client was worried about We won't be able to sue the state for if we think of the state's misconduct The district court has now told you that no this this clause is not going to do the things your client is worried about I guess I'm not sure that the district courts Conclusion on that is binding between these parties as to it be as a matter of res judicata Well certainly wouldn't be as residue to come maybe collateral estoppel perhaps But but but the problem is is that I'm not sure the state's bound by that interpretation when we have a 12 v6 dismissal I didn't win on a consent judgment or something affirmative in this respect And it's my view on this is that it's a me six is law. This is a legal point Why is that have anything to do with it? We don't view that the the our bit we we appreciate I guess I would say it this way. I appreciate the judges construct on this Although I don't think that construct is consistent with at least the standard practices of the state on how they understand That contract to apply that provision to apply for those that accept it Representations that they agree with the district court In their briefing here. I mean I can't imagine them Withdrawing the Representations that they use to win the case well And we wouldn't have that representation unless we appealed here obviously and we and we couldn't have simply accepted those Representations at the district court level not having them yet in that respect It may be that the the appropriate remedy here may be an opportunity for me to amend to add that as a declaratory judgment and get a declaratory Aspect of this, but then we're going to run into the same We're going to run into the same problems that we've had about a federal court judge offering You know your Pennhurst issue that comes up in this in this instance And I and I also would take the position that the I would also want to go one step further thinking about this a bit That was the judge's conclusion as to that interpretation certainly wasn't the state's position They didn't concede that and I don't think they're definitely not fighting that here. They seem to accept it All I can say is it's from our reading of this This was the judges the judges conclusion as to explaining about the facts of the case as from the 12b6 standard on this is We think that he's read it too narrowly and at least from my standpoint I don't think that binds us binds the state or binds us as to the state's position The governor the Michigan Supreme Court every state official known to man the US Supreme Court all agrees with the district courts Interpretation of the clause would you be happy I? Would always be happy when any time that my client can get I know but that would that end the dispute? I think if we had some sort of affirmative relief on our part, but we don't have affirmative relief all we have is I get all the People could do something else the international date line all these other things could happen, but I just want to make sure I'm understanding Your position is that would solve the problem if you were sure it was going to be the rule of law in the future word We think it would help it helps narrow the scope of this. We don't think it completely removes the problem, okay? What what what problem judge Murphy's original question assume judge Yonkers right the only liability that's left is when your clients? Do something foolish reckless in constructing a walkway someone trips over it it was their mistake You're saying they shouldn't be held liable for that But the way the statute the way this provision paragraph and is even if it's frivolous or improper types of claims are not just only Successful claims it's any claim that comes out of this So even with that construction even those that would attempt to try to sue say it was a neighbor or say it was someone in That respect they would still be liable for the defense on that even though it was a frivolous or inappropriate claim It covers attorney's fees to that wasn't obvious to me I don't know if it's liable on if it's a frivolous claim Then you don't have to worry about it because it's not going to succeed But you're the liable for damages because there will be no damages that question goes to the heart of the why my clients don't want To voluntarily agree to this condition. There's so much legal liability. It's basically a coercive risk transfer Fact patterns you're worried about are true with every homeowner in America today at this very moment Frivolous actions could be filed against everyone who owns property in this country in the next minute That that's just life in the world of whatever 360 million people We would agree that we didn't get some special exemption from that rule that that seems ridiculous to me. Well, no because Respectfully, it's we weeks We have to accept that risk as a citizen for people who are suing us This provision would still be we would still be responsible for frivolous suits against the state Any suit against the state still comes back to us as an indemnification and hold harmless provision We're assuming litigation risk that we are not required to assume even in circumstances that we don't agree with The only ones that matter is where your clients actually did something wrong That's only if they've alleged they've been done something wrong Not if they have done something all it has to be is they're alleged they've done something wrong and they have liability Well, this is the problem that we don't want to assume that risk on behalf of the state and we don't want the state to Be able to argue that there we're responsible for suits that are how should they have written this they shouldn't have written it at all There's there's no provision. There's no condition. There's no obligation to have this kind of prediction Condition inside of part 303 or as part of the LJ's decision They're adding a condition to the permit that doesn't otherwise exist under law So you say that the LJ's decision doesn't authorize the inclusion of this Indemnification provision, but the state represents and that this is standard operating procedure. It's in all of their All of their clauses. So why doesn't the LJ's decision? incorporate that when it says Issue the permit the permits all contain these language The LJ is saying issue the permit including these links The problem is is I can't speak to what others have what others are were prepared to what kind of liability other permit? Application our applicants. Why isn't he saying issue the standard permit the standard permit has that language? But the standard permit isn't based on any law It's just simply their practice that they want to include additional liability protections that they're not otherwise Authorized to put inside look at part 303 where this comes from. There's not a state law question then This has been a struggle It's I will acknowledge this Ignite this straddles the hard line between state and federal issues because the problem here is is we are entitled to a permit Without we think we're entitled this permit without the added demand of this waiver or indemnity provision There's nothing in the law. There's nothing in part 303. I've got an idea you quote lose this case But when with a narrowing construction, you're still worried about what the state might do You bring us a deck action in state court and get you know Either prove you can't have this condition or narrow it even further Why isn't that the best answer to get complete relief? Everyone could sleep at night and so forth That may be a solution we have to pursue but it's our position here that the condition should not have imposed in the first Place I know but I'm telling you there's a way to do this Perhaps perhaps I can tell you in my research. This has never been done before in state court What I have found is that the court is there are there state laws that? Have been violated that we can look to and a precedent that shows you're right about that Not that I can think of because declaratory it's an edge case and the state court should do the edge case But the declaratory relief statute in Michigan is is discretionary. It's not mandatory So there's no there's no guarantee of any relief that could be sought there either It's the same standard as we have in the federal court, which is a court could simply just decline to issue that relief altogether we've opted to challenge this at least thus far on a on a constitution or on a Unconstitutional conditions you are conditioning. This is no different in my mind than when I Had thought about this attorneys fees issue that you might be on the hook for a frivolous litigation But there is a disconnect between that theory and your unconstitutional conditions theory because as I understood your Unconstitutional conditions theory it was that it burdens your own suit. And so obviously your own suit You're not worried about attorneys fees because your suits not going to be frivolous Well, there's no you're talking about the rights of third parties to petition Bring suit and the unconstitutional conditions doctrine is not designed to protect these third-party rights to bring suit So we're concerned about both The difficulty is is I originally thought about bringing this in the more of a Nolan Dolan's a type except exaction type thought You know a coon style the problem that I see is we don't have the license yet I mean essentially to get the license you could be we could argue we haven't argued Burdens your petition rights, right? We are arguing that it burdens your petition rights by what you mean your right to bring that was our theory That's the attorneys fees concern look maybe a legitimate concern as a matter of state law or other things I don't view it as a legitimate concern when tied to your unconstitutional conditions theory Which is tied to your own right to bring suit but if we bring suit and we're Unsuccessful the state would look to us to be for indemnification if we brought suit and the state was successful They would look to us for indemnification under the indemnification provision. They would they get fees if you will under either scenario so I Just under the narrowing construction It's very hard for me to see how they would be entitled to fees or damages if your suit with your suit would not be based on your own acts or omissions presumably you'd be suing the state for their acts or omissions and it just wouldn't implicate the Provision if we interpret it narrowly Respectfully, I think this I think this is a if that's the way that is being interpreted It does help us I will acknowledge that but I don't think it removes the entire threat and what this what our concern is with This this is a voluntary condition if you look on what I would point this court to and I think it's very important I got overlooked by the trial court judges on ECF for or excuse me 1-4 at page ID 45 it says this permit must be signed by the permittee to be valid So I don't think we have a valid permit and it's then it goes on to say I read I'm familiar with I agree to Adhere to the terms and conditions of this permit because paragraph n is not based on state law and has no Basis to be in there. It's a contractual. It's a requested contractual obligation We're asking you to accept this liability and we're saying we don't want to which is fine I think we should have that option and if we say no, you can't retaliate against us by denying us the permit We're otherwise entitled to under 303 So you advocate for Nolan Dolan test in this First Amendment petition context It's not obvious to me that that should be the test It's obvious that it should be the test if you were raising a takings claim, but you're not raising a takings claim You're raising a First Amendment petition claim and you didn't really have a lot of reasoning about why Nolan Dolan should extend to the First Amendment petition clause. What what's the best argument for why it should so Let me back up and send me like a half step back and then the full step forward our complaints simply alleged This is unconstitutional conditions when we got to court below the trial judge asked was what's your constitutional basis? And one of the questions I had to answer is is do I have a property right right now in a license? And the answer so far is I don't have a license. I don't have a permit yet because they refuse to answer it I my best argument So that's the half step back does and then the full step forward is to say when the ALJ said issue this permit That became a property right and by refusing to give us hand over that property right to us You've exacted a taking in the form of a denial of our right to use our waterfront property Complain is a takings claim. It's not a takings claim because they haven't they haven't taken yet They just refuse to give and that's where they're attaching an unconstitutional to have amended your complaint No, because we've we allege the broadest possible unconstitutional conditions case what we're saying what I'm saying is is this is no different than for example if if a Developer comes in and says I want a zoning permit to build a skyscraper and they and the the city says well You've got to give us a 10 acre park across the street. They don't have the zoning permit yet But under Koontz, that would be a that would be an unconstitutional conditions doctrine case not a takings case a takings case is when you own the park and The government then takes that property from you for the public purpose. We're at that weird world and I will acknowledge This is an unusual case. Why don't we let you sit down and Respond to what I'm about to say in rebuttal not now, but that just strikes me as the nature of unconstitutional conditions That's the whole point. It's a dialogue and the problem is you don't actually have the property right yet You're gonna be able to do something with it after the negotiation and the connection of the negotiation You have to give something up. So it's not I Think I understand what you're saying, but I'm not sure I agree with it I think the nature of unconstitutional conditions is what gets you around that and why it really is a takings unconstitutional conditions case Once the state said you have to issue this but think about it I could be wrong and be curious and rebuttal but for now, we'll hear from the other side. Thanks  Good morning, good morning My name is Greg justice. I'm an assistant attorney general for the state of Michigan. I represent the FLE Miss Carrie Kent I want to touch on a few things brother counsel had mentioned the first being This sort of just very briefly the facts is kind of how this went through this the administrative court system So there was a contested case over Eagles prior decision that at Michigan Department of Environment Great Lakes and Energy their prior decision that feasible and prudent alternatives existed to a fill path on the appellants property and after a contested case The administrative law judge said nope those feasible feasible and prudent alternatives do not exist issue the permit. So eagle Through miss Kent drafted that permit and sent it over to the appellants Now that included requirements Related only to the fill pathway with the ALJ issued its decision That those were the requirements that were in that that order Do you agree? Your friend on the other side suggested you might dispute the scope of the indemnity provision I'm curious if you agree with the district courts interpretation We do and I think that is the express language of that indemnity. So would you make a Representation that you would not go back on that in separate but in separate litigation down the road That is correct. Your honor is specifically related to the acts or omissions of the appellants So I your friend on the other side is worried that you might might go back on that But I think you've now represented in your brief you represented it before us I have a hard time seeing how any state court would Would Not hold you to these representations. Yes, your honor. I think we can dispel of that out of curiosity I'm just looking at the language. Would it apply if they went and filed a state court action to get the state courts to agree to all that agreed all this with the state be able to turn around and invoke this and Say that, you know, they've got to pay for the fees of that action So the action is I mean that really is petition that that really is a situation where they're trying to get the state courts To say exactly what they think is right and it it's not a hundred percent obvious to me. It wouldn't apply Why wouldn't it apply to that action? I think our position would be that it only applies to their acts or omissions related to the permit Well, this is an act related to the permit We don't like the permit and we don't or we don't understand what it means and we want to Make sure we don't get into trouble over it certainly But I don't think that that is Eagles interpretation of the of the provision Okay so you're gonna you're gonna also along the lines of what judge Murphy said say There wouldn't have to pay costs or being you wouldn't get indemnified for that action either. Correct? You're what I was curious about that. So if say it's a frivolous suit challenging actions But they sue the state rather than the landowners It was not obvious to me whether this would cover Just attorneys fees or also any damages award based on misconduct of the permittees Does the state have a position on that? I the district court didn't really get into this on whether it would cover attorneys fees of a frivolous suit brought against the state for alleged actions of the landowners, I What do you what what What would be your position? That was very helpful If you could just restate that question just so I make sure I have the the hypothetical that your friend on the other side postulated was Frivolous suit alleging actions of the landowner But it's really it really is no basis to hold the land over the owner liable For some reason they end up suing the state rather than the landowner and then the state, you know It gets dismissed because it's a frivolous suit, but say you have a few attorneys fees Could you seek the attorney's fees from the landowner for this frivolous suit? I Don't believe so Under the the language of the of the provision as it is. Okay What do you It's not obvious to me what the test should be Say say just said this is not this case, but another hypothetical What if what if the condition was quite broad and it said in order to get this permit? You cannot sue the state on any cause of action any claim even those unrelated to the permit Would you think that that would raise? unconstitutional conditions concerns I think what the prior cases have said that is that the further away you get from a very narrow construction Like you have in Kahumanu the further you get from that the more likely you are to trigger the unconstitutional conditions clause like the first I would say step would be any The takings clause no and Dolan test so an essential nexus between the clause and The state's interest at land land use interest at stake and rough proportionality. Do you think that should be the test? I Sort of repeat what Brother Council has said here in that Is it this sort of strange position because the permit has been issued but it's not Active so to speak because it hasn't been signed and I think what we're really talking about is the sort of contractual Question whether the state can impose this sort of condition whether that is unconstitutional So I think what the test should really be is looking to that alleged constitutional right that the state is allegedly Asking the appellant or the petitioner to relinquish But I think you conceded that it would be a pretty good claim if it was so it's a petition clause case So it's about filing suit and if it was in if the condition was super broad Outside and I think you've conceded that that would raise concerns but we still have to figure out like what the test should be for why why it's violated and and I mean your friend on the other side says it should be the takings clause and we should just extend it to the petition Clause context. I don't know that you have even proposed a test and to counter that and so that's kind of what I'm struggling with What what should even be the test because I agree with you that it should be right specific So it's not obvious. It should be a takings clause, but then So that's we have to figure out what the alternative would be Certainly, and I think that's the difficulty I think that's the difficulty that other courts have also struggled with is they haven't really settled on a clear test But I think looking at those prior cases what we see is when even in as you start to get to that overly broad Indemnification provision, you know indemnifying the Government for its own actions. That's where we start to implicate the unconstituted unconstitutional conditions But that's not what we have in this case the express language of the statute or excuse me of the indemnification provision says the acts or omissions of the appellant Well, the farther it gets from you know a situation where it's really only the government's conduct You're you're you're happy to concede that that starts to look like an unconstitutional condition. What what's the provision it violates? What's the underlying constitutional right that's been violated? Well, I think it is it is it a is it you know The petition clause takings clause or is it a due process coercion problem? It's it's coercing people to give up rights. They have as citizens what I'm trying to figure out You concede that there's a point where you have a problem trying to figure out what the problem is. How do you describe it? Well, I think in this case, we're really talking about a right to petition, but it's being framed as a right to petition Based on the acts or omissions of the appellants, so I think it's more more accurately Framed as a right to petition in this case So you actually agree with them? Yes, I Find it very unsatisfying not you but the constitutional conditions I don't know. I can't figure out if it really exists or if it's really just the underlying right or if it's like spending clause It's like sometimes you're coercing someone and it's the coercion which is really essentially a due process problem I and I think you know looking at the other cases like Kahumanu being as close on point as I think it comes. We're talking about very clearly a Fundamental constitutional right the right, you know to free speech And that's not really what we have in this case, we're talking it's not obvious to me that the right to petition should extend to the courts Do you think it's basically stare decisis at this point that the Supreme Court has said it should? So the right but you could argue that the right to petition as originally understood would be a petition The executive branch or the legislature not necessarily a file suit in court Justice Scalia mentioned this and one of the opinions and Obviously, he was in a dissent or concurrence. So but the court the court has just seemed to assume it I don't know if they have a holding Right. You have a but you've not argued that though. So you just assume that it does extend to filing suit in court Well, well, I think that that is This is a square peg in a round hole situation I think and I think that's the closest we come in terms of the underlying constitutional rights the right to petition So as I was mentioning, you know in terms of the unconstitutional conditions clause the most on-point case is kahumanu Where that indemnification provision was overly determined to be overly broad It was indemnifying against acts of the government rather than just the petitioners So cases, excuse me Provisions like this have been held Constitutional previously and miss Kent urges this court to do the same Moving on to the second claim, which is the Ultra Bureau's claim Miss we're good with that. We didn't hear a lot of argument there. So if that's all you've got to say We're very grateful for the arguments. You've made. Thank you, Your Honor. All right. Thank you. Well, here's some rebuttal I want to start by I mean being a big glib and saying I'm thanking the both of you for being a mediator today and Actually helping extract some settlement from the state. I think is part of this today I thought all three of us started out that way. Sure By 930 we've got about 30 seconds left We're not quite there in my estimation and I to answer your question. I was thinking about how could you frame this? I don't think there's a problem with the state saying would you be willing to enter into this additional provision to get your permit? The problem comes in is when the states that when we say no We're not prepared to accept that condition the state then comes back and says then we're not giving you the permit That's where the constitutional wrong comes into play It's not the ask or the negotiation as chief justice as you were just chief judge. You were just pointing out right here It's the it's the refusal to give the permit when we say we don't want to agree to the other provision That doesn't exist in part 303 or doesn't isn't been ordered as part of the ALJ's decision And that's where I think we work on constant because what you're asking us to do is to be is to accept something We don't want to accept in exchange for a permit We are otherwise completely entitled to receive without the condition now. I'm glad today We've been able to narrow the scope of my clients liability down substantially today, but we haven't removed it The the real answer here is is if the state wants that kind of concession then they have to negotiate for it Can't just impose it by the use of the withholding of the permit. That's the wrong that's occurring But if but if state law authorized it, which I know you say it doesn't But if state law did authorize it and the ALJ said issue the permit and the ALJ Understood the permit to be the standard permit, which is the permit that contains this language according to the state According state. It's just a standard provision Then you'd be good If the state law required that then yeah, then we would I know you can you can test whether it does or doesn't right? But again, you know now If state law required as a condition of the permit It means the the actual statute itself that author that that that if it had that in there Then we'd have a different case. I agree with you, but that's not this case And I don't want to I want to meet leave I don't want to leave this podium thinking that this could be this case while we have seen improvements today on the scope of my Clients potential liability if they were to accept this condition They don't want to accept any part of this condition whatsoever and they shouldn't be forced to under part 303 when it doesn't exist I might accept your insistence that we keep the mediation going With a condition that we do it at Torch Lake your clients property I So long a weekend a long weekend as long as you bring the hot dogs in the bun. So There you go It works, it's called negotiation. Hey, well, but but you can't say mr. Ellison We're not going to give you a permit unless you feed us hot dogs first And that's what this case is of it would parallel to listen. Everything is negotiable. That's the key lesson in life All right. Anyway, thanks to both of you Thank you very much for briefs interesting case and we're grateful for your answers to our question. Thanks very much case will be submitted the clerk may call the second second case